The People of the State of New York ex rel. Frank Zerillo and Others, Appellants, v. Edward R. O'Malley, as Attorney-General, etc., and Others, Respondents.— Motion to dismiss appeal granted.

The People of the State of New York v. Rosalie Davis.— Motion to dismiss appeal granted.

The People of the State of New York v. Mary Golden.— Motion to dismiss appeal granted.

The People of the State of New York v. Michael Leano.— Motion to dismiss appeal granted.

In the Matter of Richard Arnold v. Greene Gold Silver Company.— Motion to dismiss appeal granted, with ten dollars costs.

Mary McFarland v. John T. Sharkey, as Executor, and Others.— Motion to dismiss appeal denied, with leave to renew, unless appellants serve case within thirty days from entry of order.

Sarah Buchanan v. The City of New York.— Motion to dismiss appeal granted, with ten dollars costs.

H. McI. Sadler and Others v. Boston and Bolivia Rubber Company.— Motion to dismiss appeal denied, with ten dollars costs.

Percival L. Harden v. William T. Hoops.— Motion to dismiss appeal granted, with ten dollars costs.

William Norris v. William H. Reynolds.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Andrew I. Wilson v. The New York Evening Journal Publishing Company.— Motion to dismiss appeal granted, with ten dollars costs.

Thomas F. Maloney v. Simon Katzenstein.— Motion to dismiss appeal granted, with ten dollars costs.

Hattie Wingersky v. Grand Lodge, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

John R. Adams v. New York City Railway Company.— Motion to dismiss appeal granted, with ten dollars costs.

Samuel Cooperman v. William Hooper.— Motion to dismiss appeal granted, with ten dollars costs.

American Buckwheat and Grits Mills v. Williamsburg C. F. I. Company.— Motion to dismiss appeal denied.

Lina Ettlinger v. Italian Union Realty and Security Company and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Sontheimer Embroidery Manufacturing Company v. Bertha Maier.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order.

Thomas A. Tydings v. The City of New York.— Application denied, with ten dollars costs. Order signed.